## Kothny Estate.

Argued May 3, 1967. Before BELL, C. J., MUSMANNO, EAGEN, O'BRIEN and ROBERTS, JJ.

*Morgan R. Jones,* with him *Lawrence E. Wood, J. Horace Churchman,* and *Drinker, Biddle & Reath,* for appellants.

*W. Charles Hogg, Jr.,* with him *Lawrence E. MacElree, G. Selden Pitt,* and *MacElree, Platt, Marrone & Harvey,* and *Clark, Ladner, Fortenbaugh & Young,* for appellees.

OPINION PER CURIAM, June 29, 1967:
Decree affirmed. Each party to pay own costs.
Mr. Justice JONES and Mr. Justice COHEN took no part in the consideration or decision of this case.